UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -5 PM 1: 31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

STEVEN D. KING,

    Petitioner,

v.                                                              No. 03-2437-Ma

WAYNE BRANDON,

    Respondent.

## JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal, docketed September 30, 2005.  The issuance of a certificate of appealability under amended 28 U.S.C. § 2253 is denied.  Any appeal in this matter by Petitioner, proceeding *in forma pauperis*, is not taken in good faith.

**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

October 4, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79    10-7-05

22

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:03-CV-02437 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

Steven D. King
241465
P.O. Box 2000
Wartburg, TN 37887

Mark A. Fulks
ATTORNEY GENERAL'S OFFICE (NashvilleCr)
P.O. Box 20207
Nashville, TN 37202

Honorable Samuel Mays
US DISTRICT COURT