IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -4 AM 6:41

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

STEVEN D. KING,

    Petitioner,

VS.                                NO. 03-2437-MaP

WAYNE BRANDON, Warden,

    Respondent.

---

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

---

Before the court is the respondent's October 24, 2005, motion requesting an extension of time within which to file a response to petitioner's motion to alter or amend the judgment. For good cause shown, the motion is granted. The respondent shall have additional time to and including November 14, 2005, within which to file a response.

It is so ORDERED this 3d day of November, 2005.

                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:03-CV-02437 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

Mark A. Fulks
ATTORNEY GENERAL'S OFFICE (NashvilleCr)
P.O. Box 20207
Nashville, TN 37202

Steven D. King
241465
P.O. Box 2000
Wartburg, TN 37887

Honorable Samuel Mays
US DISTRICT COURT